**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF COLORADO

Case number *(if known)* _____     Chapter    **7**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy            12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Omega Holdings Company, LLC** | |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-2996407** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **PO Box 102578** **Denver, CO 80250** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Denver** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership

☐ Other. Specify: _____

Debtor   **Omega Holdings Company, LLC**                                    Case number (*if known*) _____
         Name

**7.  Describe debtor's business**      A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.

_____

**8.  Under which chapter of the Bankruptcy Code is the Debtor filing?**      *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**      ■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District | _____ | When | _____ | Case number | _____ |
| | District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**      ☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

Debtor   **See Attachment** _____                Relationship to you  _____

District  _____   When  _____   Case number, if known  _____

Debtor  **Omega Holdings Company, LLC**                                       Case number *(if known)* _____
_____
Name

**11. Why is the case filed in this district?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49 ☐ 1,000-5,000 ☐ 25,001-50,000
☐ 50-99 ☐ 5001-10,000 ☐ 50,001-100,000
☐ 100-199 ☐ 10,001-25,000 ☐ More than100,000
☐ 200-999

**15. Estimated Assets**

■ $0 - $50,000 ☐ $1,000,001 - $10 million ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000 ☐ $10,000,001 - $50 million ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000 ☐ $50,000,001 - $100 million ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million ☐ $100,000,001 - $500 million ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000 ☐ $1,000,001 - $10 million ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000 ■ $10,000,001 - $50 million ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000 ☐ $50,000,001 - $100 million ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million ☐ $100,000,001 - $500 million ☐ More than $50 billion

| Debtor | **Omega Holdings Company, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

███ **Request for Relief, Declaration, and Signature**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March  4, 2016**
MM / DD / YYYY

**X** */s/ Richard A. Silverberg*
Signature of authorized representative of debtor

Richard A. Silverberg
Printed name

Title  **President**

**18. Signature of attorney**

**X** */s/ Aaron J. Conrardy*
Signature of attorney for debtor

Date  **March  4, 2016**
MM / DD / YYYY

**Aaron J. Conrardy**
Printed name

**Sender Wasserman Wadsworth, P.C.**
Firm name

**1660 Lincoln Street**
**Suite 2200**
**Denver, CO 80264-2202**
Number, Street, City, State & ZIP Code

Contact phone  **303-296-1999**     Email address

**40030**
Bar number and State

Debtor     **Omega Holdings Company, LLC**                              Case number (*if known*) _____
Name

| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

DISTRICT OF COLORADO

Case number (*if known*) _____     Chapter     **7**

☐  Check if this an
   amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | |
|---|---|---|---|
| Debtor | **Bango Refining NV, LLC** | Relationship to you | **subsidiary** |
| District | **Colorado** | When | Case number, if known |
| Debtor | **CAM2 International, LLC nka Colorado LV I, LLC** | Relationship to you | **subsidiary** |
| District | **Colorado** | When | Case number, if known |
| Debtor | **Hammond Lubricant Works, LLC nka Indiana LV HLW, LLC** | Relationship to you | **subsidiary** |
| District | **Colorado** | When | Case number, if known |
| Debtor | **Omega Refining, LLC nka Louisiana LV OR, LLC** | Relationship to you | **subsidiary** |
| District | **Colorado** | When | Case number, if known |
| Debtor | **Point Pleasant Lubricants Works, LLC** | Relationship to you | **subsidiary** |
| District | **Colorado** | When | Case number, if known |

**Fill in this information to identify the case:**

Debtor name   **Omega Holdings Company, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 4, 2016**    *X* **/s/ Richard A. Silverberg**
                                   Signature of individual signing on behalf of debtor

                                     **Richard A. Silverberg**
                                     Printed name

                                     **President**
                                     Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com             Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Omega Holdings Company, LLC**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known)

☐ Check if this is an
   amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*........................................................................................ $     0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................... $     13,925.02

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................... $     13,925.02

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $     0.00

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*........................................... $     601,874.84

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*........................... +$     30,935,879.62

4. Total liabilities ........................................................................................................
   Lines 2 + 3a + 3b

   $     31,537,754.46

**Fill in this information to identify the case:**

Debtor name     **Omega Holdings Company, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1.. | **CoBiz** | **Checking** | 1736 | $2,575.02 |
| 3.2.. | **Wells Fargo** | **Checking** | 8786 | $0.00 |
| 3.3.. | **Wells Fargo** | **Checking** | 9916 | $0.00 |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $2,575.02 |
|---|

**Part 2:**     **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.
   ■ Yes Fill in the information below.

7.     **Deposits, including security deposits and utility deposits**
       Description, including name of holder of deposit

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
       Description, including name of holder of prepayment

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor   **Omega Holdings Company, LLC**        Case number *(If known)* _____
     Name

| | | |
|---|---|---|
| 8.1.. | **Prepayment of storage lease (I-70 Self Storage); paid through August 2016.** | $1,350.00 |
| 8.2.. | **Prepayment to Linsdsey & Associates, LLC for preparation and filing of 2015 and 2016 tax returns for debtor and subsidiaries.** | $10,000.00 |

9.    **Total of Part 2.**

      Add lines 7 through 8. Copy the total to line 81.                 **$11,350.00**

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

| | | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity: | % of ownership | | |
| 15.1.. | **Bango Refining NV, LLC** | **100** % | | $0.00 |
| 15.2.. | **CAM2 International, LLC nka Colorado LV I, LLC** | **100** % | | $0.00 |
| 15.3.. | **Hammond Lubricants Works, LLC nka Indiana LV HLW, LLC** | **100** % | | $0.00 |
| 15.4.. | **Omega Refining, LLC nka Louisiana LV OR, LLC** | **100** % | | $0.00 |
| 15.5.. | **Point Pleasant Lubricants Works, LLC** | **100** % | | $0.00 |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **Omega Holdings Company, LLC**                              Case number *(If known)* _____
          Name

| | | |
|---|---|---|
| 17. | **Total of Part 4.** | **$0.00** |
| | Add lines 14 through 16.  Copy the total to line 83. | |

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br>**8 industrial shelving, bookcase, 2 filing cabinets, approx. 100 bankers bokes with records.** | **$0.00** | | **$0.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br>**Computer and monitor, misc. office supplies** | **$0.00** | | **$0.00** |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| | | |
|---|---|---|
| 43. | **Total of Part 7.** | **$0.00** |
| | Add lines 39 through 42.  Copy the total to line 86. | |

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **Omega Holdings Company, LLC**_____     Case number *(If known)*_____
          Name

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **Omega Holdings Company, LLC**        Case number *(If known)* _____
<br>Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,575.02 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $11,350.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $13,925.02 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $13,925.02 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Omega Holdings Company, LLC**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name **Omega Holdings Company, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with
priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**California Franchise Tax Board**<br>**P.O. box 942840**<br>**Sacramento, CA 94240** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,503.00 | $2,503.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Colorado Department Of Revenue**<br>**Tax Audit Compliance Div.**<br>**1375 Sherman St**<br>**Denver, CO 80203-2246** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes | | |

| Debtor | **Omega Holdings Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.3** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00**
*Check all that apply.*

**Internal Revenue Service**
**1999 Broadway**
**MS 5012 DEN**
**Denver, CO 80202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.4** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$599,371.84** | **$599,371.84**
*Check all that apply.*

**Newell Normand**
**Sheriff & Ex-Officio Tax Collector**
**1233 Westbank Expressway**
**Harvey, LA 70058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,004.70**

**Air Products And Chemicals**
**PO Box 935430**
**Atlanta, GA 31193-5430**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:    Bango Refining NV, LLC debt; guaranteed by
Debtor

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,151.44**

**Andrews Logistics, Inc.**
**2445 East Southlake Boulevard**
**Southlake, TX 76092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Assurance  Agency Ltd.**
**P.O. Box 66056**
**1750 East Gold Road**
**Chicago, IL 60666**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:    Property insurance

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Omega Holdings Company, LLC**        Case number *(if known)* _____
     Name

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bango Oil, LLC**
**C/O Fox Encore 05, LLC; ACF Prop. Mgmt**
**12411 Ventura Blvd.**
**Studio City, CA 91604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

**Basis for the claim:**   Guarantee of lease of Fallon, NV plant

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,251,000.00** |
|---|---|---|---|

**BBB Funding**
**c/o Stratagem-Anderson**
**14143 Denver West Parkway, #450**
**Golden, CO 80401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   **Loan**

**Basis for the claim:** ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Big 4**
**PO Box 530**
**Roseland, LA 70456**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

**Basis for the claim:**   Loan

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$58,457.32** |
|---|---|---|---|

**CAM2 International, LLC (a LA LLC)**
**685 Haining Road**
**Vicksburg, MS 39183**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

**Basis for the claim:**   Stipulated judgment

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**CDG Group, LLC**
**645 Fifth Avenue**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

**Basis for the claim:**   Consulting expenses

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,050.00** |
|---|---|---|---|

**Chaffee McCall, LLP**
**2300 Energy Center**
**1100 Poydras Street**
**New Orleans, LA 70163**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

**Basis for the claim:**   Legal fees

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Daniel Snodgrass**
**c/o Bradley Paul Elley**
**120 County Club Drive, Suite 5**
**Incline Village, NV 89451**

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred ___

**Basis for the claim:** ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| Debtor | **Omega Holdings Company, LLC** |
| | Name |

Case number (if known) _____

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $934,000.00 |
|---|---|---|---|

**Diatom Rail Park**
**14830 Kivett Lane**
**Reno, NV 89521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:   **Bango Refining NV, LLC debt; guaranteed by Debtor**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EGN**
**300 West South Avenue, Suite 452**
**Woodland Park, CO 80866**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EverBank Commercial Finance**
**PO Box 911608**
**Denver, CO 80291-1608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,390,316.33 |
|---|---|---|---|

**FCC Environmental, LLC**
**PO Box 674156**
**Dallas, TX 75267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Fidelity Investments**
**PO Box 73307**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,466.55 |
|---|---|---|---|

**Fox Rothschild, LLP**
**1225 17th Street, Suite 2200**
**Denver, CO 80202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:   **Legal fees**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $375,420.95 |
|---|---|---|---|

**GATX Corporation**
**3454 Solutions Center**
**Chicago, IL 60677-3004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Omega Holdings Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Guggenheim Corporate Funding, LLC**
**135 East 75th Street, 6th Floor**
**New York, NY 10022**

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $47,026.00 |
|---|---|---|---|

**Hein & Associates, LLP**
**1999 Broadway, Suite 4000**
**Denver, CO 80202**

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Auditing services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $87,280.00 |
|---|---|---|---|

**Hood - EIC, LLC**
**c/o William E. Peterson**
**50 W. Liberty Street, Suite 510**
**Reno, NV 89501**

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,920.48 |
|---|---|---|---|

**Integra Telecom**
**990 S Broadway, #100**
**Denver, CO 80210**

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**IPFS Corporation**
**PO Box 412086**
**Kansas City, MO 64141-2086**

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **General liability insurance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $499.16 |
|---|---|---|---|

**Jefferson County Treasurer**
**100 Jefferson County Parkway, Suite 2520**
**Golden, CO 80419**

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $27,024.00 |
|---|---|---|---|

**Liberty Mutual Insurance Corp.**
**P.O. Box 8090**
**Wausau, WI 54402**

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Workers Compensation Change in Premium as a result of Audit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Omega Holdings Company, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125,000.00 |
|---|---|---|---|

**MacNett Industries, Inc.**
**2977 Monterrey Drive**
**Baton Rouge, LA 70814**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  __Maintenance and repair__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,579.28 |
|---|---|---|---|

**Magellan Terminal Holdings, LP**
**22502 Network Place**
**Chicago, IL 60673-1225**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  __Omega Refining, LLC debt, guaranteed by Debtor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Maintenance Resources**
**490 South Santa Fe Drive, Unit C**
**Denver, CO 80223**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  __Office cleaning__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Marquette Equipment Finance, LLC**
**6975 Union Park Center, Suite 200**
**Midvale, UT 84047**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  __Guarantee of Bango Refining NV, LLC equipment lease__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $535,838.93 |
|---|---|---|---|

**NRC Environmental Services, Inc.**
**800 Bennie Lane, #2**
**Reno, NV 89512**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pacific Western Equipment Finance**
**6975 S Union Park Center, #200**
**Midvale, UT 84047**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,058.30 |
|---|---|---|---|

**Putnam Holdings, LLC**
**PO Box 800**
**Eleanor, WV 25070**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Omega Holdings Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Republic Bank**
**1560 S. Renaussance Towne Dr., #260**
**Bountiful, UT 84010**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Breach of Contract__

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**RESC**
**14830 Kivett Lane**
**Reno, NV 89521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Breach of Contract__

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$347,000.00**

**Sequoia Global, Inc.**
**c/o Jonathan Pink**
**633 W. 5th St., Suite 4000**
**Los Angeles, CA 90071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  ___

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,250.00**

**Ted Spyropoulos (dec'd)**
**C/O TGS**
**2155 West 80th Street**
**Chicago, IL 60620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __January director's fee__

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Tetra Financial Group**
**3165 E. Milrock Dr., Sute 400**
**Salt Lake City, UT 84121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  ___

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,404,699.57**

**Thermo Fluids**
**39354 Treasury Center**
**Chicago, IL 60694-9300**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Omega Refining, LLC debt, guaranteed by Debtor__

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$398.70**

**Trinity Chemical Industries**
**4621 E 91st St**
**Tulsa, OK 74137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  ___

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Omega Holdings Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,526,761.34** |
|---|---|---|---|
| | **Union Tank Car Company**<br>**175 West Jackson Blvd.**<br>**Chicago, IL 60604** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** ___ | **Basis for the claim:** ___ | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,450.00** |
|---|---|---|---|
| | **Vertex Energy, Inc.**<br>**1331 Gemini Street, Suite 250**<br>**Houston, TX 77058** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** ___ | **Basis for the claim:** ___ | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,400,398.67** |
|---|---|---|---|
| | **Vertex Refining NV, LLC**<br>**1331 Gemini Street, Suite 250**<br>**Houston, TX 77058** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**  **Guarantee of promissory note** | **Basis for the claim:** ___ | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250,000.00** |
|---|---|---|---|
| | **Wolf Lake Terminals**<br>**3200 Sheffield Ave.**<br>**Hammond, IN 46327** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** ___ | **Basis for the claim:** ___ | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$827.90** |
|---|---|---|---|
| | **Xcel Energy**<br>**1800 Larimer St.**<br>**Denver, CO 80202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** ___ | **Basis for the claim:** ___ | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

**Part 3:   List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Colorado Attorney General**<br>**1300 Broadway, 10th Floor**<br>**Denver, CO 80203** | Line  **2.2**<br>☐ Not listed. Explain ____ | ___ |
| 4.2 | **Encore Energy, LLC**<br>**16640 Wedge Parkway**<br>**Reno, NV 89511** | Line  **3.4**<br>☐ Not listed. Explain ____ | ___ |
| 4.3 | **Francis X. Buckley**<br>**55 E. Monroe St., 37th Floor**<br>**Chicago, IL 60603** | Line  **3.39**<br>☐ Not listed. Explain ____ | ___ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Omega Holdings Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.4 **Holland & Hart, LLP**<br>**C/O Bryce C. Alstead**<br>**5441 Kietzke Lane, Second Floor**<br>**Reno, NV 89511** | Line **3.4**<br><br>☐ Not listed. Explain ____ | __ |
| 4.5 **Jonathan T. Tichy**<br>**15 West South Temple, Suite 1700**<br>**Salt Lake City, UT 84101** | Line **3.32**<br><br>☐ Not listed. Explain ____ | __ |
| 4.6 **Louisiana Attorney General**<br>**P.O. Box 94005**<br>**Baton Rouge, LA 70804** | Line **2.4**<br><br>☐ Not listed. Explain ____ | __ |
| 4.7 **Michael Drews**<br>**Campbell Killin Brittan & Ray, LLC**<br>**270 St. Paul Street, Suite 200**<br>**Denver, CO 80206** | Line **3.7**<br><br>☐ Not listed. Explain ____ | __ |
| 4.8 **RMS**<br>**c/o Mary Chesnut**<br>**P.O. Box 280431**<br>**East Hartford, CT 06128** | Line **3.24**<br><br>☐ Not listed. Explain ____ | __ |
| 4.9 **Stewart R. Wilson**<br>**442 Court Street**<br>**Elko, NV 89801** | Line **3.32**<br><br>☐ Not listed. Explain ____ | __ |
| 4.1 0 **U.S. Attorney General**<br>**950 Pennsylvania Ave., NW**<br>**Washington, DC 20530** | Line **2.3**<br><br>☐ Not listed. Explain ____ | __ |
| 4.1 1 **U.S. Attorney, District of Colorado**<br>**1225 17th Street, Suite 700**<br>**Denver, CO 80202** | Line **2.3**<br><br>☐ Not listed. Explain ____ | __ |
| 4.1 2 **Vertex Refining, Inc.**<br>**1331 Gemini Street, Suite 250**<br>**Houston, TX 77058** | Line **3.41**<br><br>☐ Not listed. Explain ____ | __ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 601,874.84 |
| **5b. Total claims from Part 2** | 5b. + $ | 30,935,879.62 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 31,537,754.46 |

| Fill in this information to identify the case: |
| --- |

Debtor name   **Omega Holdings Company, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- |
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | **Storage lease (business records)** | |
| State the term remaining | |
| List the contract number of any government contract | **A Storage Place**<br>**29309 Industrial Way**<br>**Evergreen, CO 80439** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest | **Storage lease (business records)** | |
| State the term remaining | |
| List the contract number of any government contract | **I-70 Self Storage**<br>**8495 W. I-70 Frontage Rd. N.**<br>**Arvada, CO 80002** |

---

**Fill in this information to identify the case:**

Debtor name     **Omega Holdings Company, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an
   amended filing

---

## Official Form 206H
## Schedule H: Your Codebtors                                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Bango Oil, LLC** | **c/o Fox Encore 05, LLC; ACF Prop. Mgmt. 12411 Ventura Blvd. Studio City, CA 91604** | **Republic Bank** | ☐ D _____<br>■ E/F __3.32__<br>☐ G _____ |
| 2.2 | **Bango Oil, LLC** | **c/o Fox Encore 05, LLC; ACF Prop. Mgmt. 12411 Ventura Blvd. Studio City, CA 91604** | **NRC Environmental Services, Inc.** | ☐ D _____<br>■ E/F __3.29__<br>☐ G _____ |
| 2.3 | **Bango Refining NV, LLC** | **P.O. Box 102578 Denver, CO 80250** | **BBB Funding** | ☐ D _____<br>■ E/F __3.5__<br>☐ G _____ |
| 2.4 | **Bango Refining NV, LLC** | **P.O. Box 102578 Denver, CO 80250** | **Vertex Refining NV, LLC** | ☐ D _____<br>■ E/F __3.41__<br>☐ G _____ |
| 2.5 | **Bango Refining NV, LLC** | **PO Box 102578 Denver, CO 80250** | **Bango Oil, LLC** | ☐ D _____<br>■ E/F __3.4__<br>☐ G _____ |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Debtor   **Omega Holdings Company, LLC**                                          Case number *(if known)* _____

| | | | | |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                                    *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.6 | Bango Refining NV, LLC | P.O. Box 102578 Denver, CO 80250 | Marquette Equipment Finance, LLC | ☐ D _____  ■ E/F ___3.28___  ☐ G _____ |
| 2.7 | Bango Refining NV, LLC | P.O. Box 102578 Denver, CO 80250 | RESC | ☐ D _____  ■ E/F ___3.33___  ☐ G _____ |
| 2.8 | Bango Refining NV, LLC | P.O. Box 102578 Denver, CO 80250 | Republic Bank | ☐ D _____  ■ E/F ___3.32___  ☐ G _____ |
| 2.9 | Bango Refining NV, LLC | P.O. Box 102578 Denver, CO 80250 | Daniel Snodgrass | ☐ D _____  ■ E/F ___3.10___  ☐ G _____ |
| 2.10 | Bango Refining NV, LLC | PO Box 102578 Denver, CO 80250 | Tetra Financial Group | ☐ D _____  ■ E/F ___3.36___  ☐ G _____ |
| 2.11 | Bango Refining NV, LLC | PO Box 102578 Denver, CO 80250 | Hood - EIC, LLC | ☐ D _____  ■ E/F ___3.20___  ☐ G _____ |
| 2.12 | Bango Refining NV, LLC | PO Box 102578 Denver, CO 80250 | Sequoia Global, Inc. | ☐ D _____  ■ E/F ___3.34___  ☐ G _____ |
| 2.13 | Bango Refining NV, LLC | PO Box 102578 Denver, CO 80250 | NRC Environmental Services, Inc. | ☐ D _____  ■ E/F ___3.29___  ☐ G _____ |

| Debtor | **Omega Holdings Company, LLC** | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.14 | CAM2 International, LLC | PO Box 102578 Denver, CO 80250 nka Colorado LV I, LLC | CAM2 International, LLC (a LA LLC) | ☐ D ____ ■ E/F __3.7__ ☐ G ____ |
| 2.15 | CAM2 International, LLC | PO Box 102578 Denver, CO 80250 nka Colorado LV I, LLC | Republic Bank | ☐ D ____ ■ E/F __3.32__ ☐ G ____ |
| 2.16 | CAM2 International, LLC | P.O. Box 102578 Denver, CO 80250 nka Colorado LV I, LLC | Union Tank Car Company | ☐ D ____ ■ E/F __3.39__ ☐ G ____ |
| 2.17 | Hammond Lubricant Works, LLC | P.O. Box 102578 Denver, CO 80250 nka Indiana LV HLW, LLC | Marquette Equipment Finance, LLC | ☐ D ____ ■ E/F __3.28__ ☐ G ____ |
| 2.18 | Hammond Lubricant Works, LLC | P.O. Box 102578 Denver, CO 80250 nka Indiana LV HLW, LLC | Republic Bank | ☐ D ____ ■ E/F __3.32__ ☐ G ____ |
| 2.19 | James P. Gregory | 44 Cook St, Suite 100 Denver, CO 80206 | RESC | ☐ D ____ ■ E/F __3.33__ ☐ G ____ |
| 2.20 | James. P. Gregory | 44 Cook St, Suite 100 Denver, CO 80206 | Diatom Rail Park | ☐ D ____ ■ E/F __3.11__ ☐ G ____ |
| 2.21 | Louisiana LV OR, LLC | PO Box 102578 Denver, CO 80250 | Hood - EIC, LLC | ☐ D ____ ■ E/F __3.20__ ☐ G ____ |

| Debtor | **Omega Holdings Company, LLC** | Case number *(if known)* | |
|---|---|---|---|

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.22 | **Louisiana LV OR, LLC** | **PO Box 102578 Denver, CO 80250** | **Sequoia Global, Inc.** | ☐ D _____ <br> ■ E/F __3.34__ <br> ☐ G _____ |
| 2.23 | **Omega Refining, LLC** | **P.O. Box 102578 Denver, CO 80250 nka Louisiana LV OR, LLC** | **BBB Funding** | ☐ D _____ <br> ■ E/F __3.5__ <br> ☐ G _____ |
| 2.24 | **Omega Refining, LLC** | **P.O. Box 102578 Denver, CO 80250 nka Louisiana LV OR, LLC** | **Vertex Refining NV, LLC** | ☐ D _____ <br> ■ E/F __3.41__ <br> ☐ G _____ |
| 2.25 | **Omega Refining, LLC** | **P.O. Box 102578 Denver, CO 80250 nka Louisiana LV OR, LLC** | **Magellan Terminal Holdings, LP** | ☐ D _____ <br> ■ E/F __3.26__ <br> ☐ G _____ |
| 2.26 | **Omega Refining, LLC** | **P.O. Box 102578 Denver, CO 80250 nka Louisiana LV OR, LLC** | **Republic Bank** | ☐ D _____ <br> ■ E/F __3.32__ <br> ☐ G _____ |
| 2.27 | **Omega Refining, LLC** | **PO Box 102578 Denver, CO 80250 nka Louisiana LV OR, LLC** | **FCC Environmental, LLC** | ☐ D _____ <br> ■ E/F __3.14__ <br> ☐ G _____ |
| 2.28 | **Omega Refining, LLC** | **PO Box 102578 Denver, CO 80250 nka Louisiana LV OR, LLC** | **Newell Normand** | ☐ D _____ <br> ■ E/F __2.4__ <br> ☐ G _____ |
| 2.29 | **Omega Refining, LLC** | **PO Box 102578 Denver, CO 80250 nka Louisiana LV OR, LLC** | **Tetra Financial Group** | ☐ D _____ <br> ■ E/F __3.36__ <br> ☐ G _____ |

Debtor   **Omega Holdings Company, LLC**

Case number *(if known)* _____

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.30 | **Richard A. Silverberg** | **PO Box 102578**<br>**Denver, CO 80250** | **RESC** | ☐ D _____<br>■ E/F __3.33__<br>☐ G _____ |
| 2.31 | **Richard A. Silverberg** | **P.O. Box 102578**<br>**Denver, CO 80250** | **Diatom Rail Park** | ☐ D _____<br>■ E/F __3.11__<br>☐ G _____ |
| 2.32 | **Vertex Energy, Inc.** | **1331 Gemini Street, Suite 250**<br>**Houston, TX 77058** | **Republic Bank** | ☐ D _____<br>■ E/F __3.32__<br>☐ G _____ |
| 2.33 | **Vertex Refining NV, LLC** | **1331 Gemini Street, Suite 250**<br>**Houston, TX 77058** | **Republic Bank** | ☐ D _____<br>■ E/F __3.32__<br>☐ G _____ |
| 2.34 | **Vertex Refining NV, LLC** | **1331 Gemini Street, Suite 250**<br>**Houston, TX 77058** | **NRC Environmental Services, Inc.** | ☐ D _____<br>■ E/F __3.29__<br>☐ G _____ |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Omega Holdings Company, LLC**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 12/15

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1: Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **1/01/2015** to **12/31/2015** | ☐ Operating a business<br>■ Other **Gross revenues (includes affiliates and subsidiaries)** | **$0.00** |
| **For year before that:**<br>From **1/01/2014** to **12/31/2014** | ☐ Operating a business<br>■ Other **Gross revenues (includes affiliates and subsidiaries)** | **$70,859,096.00** |
| **For the fiscal year:**<br>From **1/01/2013** to **12/31/2013** | ☐ Operating a business<br>■ Other **Gross revenues (includes affiliates and subsidiaries)** | **$338,945,300.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **Omega Holdings Company, LLC**        Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.    See attached "Exhibit 1 to SOFA 3" | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Various** |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    See attached "Exhibit 1 to SOFA 4" | | $0.00 | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Bango Oil, LLC**<br>**C/O Fox Encore 05, LLC; ACF**<br>**Prop. Mgmt**<br>**12411 Ventura Blvd.**<br>**Studio City, CA 91604** | **In April of 2015, debtor's subsidiary, Bango Refining NV, LLC surrendered its leasehold interest in the Fallon, Nevada, refinery to Bango Oil, LLC (the landlord).** | | **Unknown** |
| **Vertex Refining NV, LLC**<br>**1331 Gemini Street, Suite 250**<br>**Houston, TX 77058** | **In April of 2015, debtor's subsidiaries Bango Refining NV, LLC and Omega Refining, LLC surrendered their interests in personal property and fixtures located at the Fallon, Nevada, refinery and subsequently entered into an Agreement for Acceptance of Certain Collateral in Partial Satisfaction of Obligations on January 29, 2016.** | | **Unknown** |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

| Debtor | Omega Holdings Company, LLC | Case number *(if known)* |

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | CAM2 International, LLC v. Colorado LV I, LLC and Omega Holdings Company, LLC<br>Case No. 2015CV030058 | Conversion | Jefferson County District Court (CO) | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | Republic Bank, Inc. v. Bango Oil, LLC, et al.<br>Case No. 15-10DC-0502 | Breach of Contract | Dist. Ct., Churchill County (NV) | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | RESC, LLC v. Bango Refining NV, LLC, et al.<br>Case No. 15-10DC-0211 | Breach of Contract | Dist. Ct., Churchill County (NV) | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | In the Matter of Omega Refining, LLC<br>Enforcement Tracking No. AE-CN-14-00423 | Consolidated Compliance Order & Notice of Potential Penalty | Louisiana Dept. of Env. Quality | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | In the Matter of Bango Refining, LLC | Class II Air Quality Operating Permit AP2992-1473.01 | Nevada Div. of Environmental Protection | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | Hood-EIC, LLC v. Bango Refining, LLC, et al.<br>CV16-00138 | Breach of Contract | Washoe County District Court, Nevada | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | Daniel Snodgrass v. Bango Oil, LLC, et al.<br>CV15-02362 | Products Liability | Washoe County District Court, Nevada | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | Sequoia Global, Inc. v. Omega Refining, LLC, et al. | Breach of Contract | U.S. District Court, Nevada | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Omega Holdings Company, LLC**                          Case number *(if known)*

■ None.

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | **$20,000 on 1/8/15 $20,000 on 2/6/15 $50,000 on 4/20/15 $15,000 on 2/22/16 Payments made for benefit of debtor and affiliates/su bsidiaries** | |
| | **Sender Wasserman Wadsworth, P.C. 1660 Lincoln Street, Ste. 2200 Denver, CO 80264** | | | **$105,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

Debtor    **Omega Holdings Company, LLC**                                     Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | **$5,000 on 1/6/15 $22,412.50 on 2/6/15 $10,000 on 3/5/15 $10,000 on 6/16/15 $10,000 on 8/10/15 Payments made for benefit of debtor and affiliates/subsidiaries** | |
| | **r2 advisors, llc 1350 17th Street, Suite 206 Denver, CO 80202** | | | **$57,412.50** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.3. | | | **Various payments made between 3/1/15 and 2/22/16. Payments made for benefit of debtor and affiliates/subsidiaries** | |
| | **Lindsey & Associates, LLC 181 E. 56th Ave., Suite 500 Denver, CO 80216** | | | **$98,994.34** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor   **Omega Holdings Company, LLC**                     Case number *(if known)*

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1<br>. | **Vertex Energy, Inc.**<br>**1331 Gemini, Suite 250**<br>**Houston, TX 77058** | **Sale of assets of Omega Refining, LLC**<br>**and Bango Refining NV, LLC for**<br>**approximately $30,000,000.** | **May 2, 2014** | **$30,000,000.00** |
| | **Relationship to debtor** | | | |
| 13.2<br>. | **CAM2 International, LLC**<br>**PO Box 102578**<br>**Denver, CO 80250** | **$10,000 on 7/24/15**<br>**$20,000 on 8/7/15**<br>**$20,000 on 8/14/15**<br>**$20,000 on 9/28/15** | **Various** | **$70,000.00** |
| | **Relationship to debtor**<br>**Intercompany Transfer** | | | |
| 13.3<br>. | **FCC Lubricants, LLC** | **Debtor held 49% of membership interest,**<br>**which was relinquished in early 2014**<br>**because debtor could not make required**<br>**capital contributions.** | | **$0.00** |
| | **Relationship to debtor** | | | |

## Part 7:   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **211 Violet St., Suite 100**<br>**Golden, CO 80401** | **Prior to January 1, 2015** |
| 14.2. | **11407 W. I-70 Frontage Road N., Unit C**<br>**Wheat Ridge, CO 80033** | **January 1, 2015 to December 31,**<br>**2015** |
| 14.3. | **PO Box 102578**<br>**Denver, CO 80250** | **January 1, 2016 to present** |

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If  debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

Debtor   **Omega Holdings Company, LLC**                                    Case number *(if known)*

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

   ☐ No Go to Part 10.
   ■ Yes. Fill in below:

   Name of plan                                                          Employer identification number of the plan
   **Fidelity Investments; terminated December 31, 2014**                EIN:

   Has the plan been terminated?
   ☐ No
   ■ Yes

---

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **I-70 Self Storage**<br>**8495 W.. I-70 Frontage Rd. N.**<br>**Arvada, CO 80002** | **Richard A. Silverberg**<br>**PO Box 102578**<br>**Denver, CO 80250** | **Business records for debtor and subsidiaries** | ☐ No<br>■ Yes |
| **A Storage Place**<br>**29309 Industrial Way**<br>**Evergreen, CO 80439** | **Richard A. Silverberg**<br>**PO Box 102578**<br>**Denver, CO 80250** | **Business records for debtor and subsidiaries** | ☐ No<br>■ Yes |

Debtor   **Omega Holdings Company, LLC**                    Case number *(if known)* _____

---

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **See reponse to SOFA 20** | | | **$0.00** |

---

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ☐ No.
    ■ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| **See Responses To Question 7 Above** | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☐ No.
    ■ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **See Responses To Question 7 Above** | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

---

Debtor    **Omega Holdings Company, LLC**                                    Case number *(if known)*

☐ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |
| 25.1.  **Bango Refining NV, LLC**  PO Box 102578  Denver, CO 80250 | **Refines used motor oil** | EIN:   **27-3153774**  From-To   **8/1/10 to present** |
| 25.2.  **CAM2 International, LLC**  nka Colorado LV I, LLC  PO Box 102578  Denver, CO 80250 | **Lubrication products** | EIN:   **20-5858437**  From-To   **11/9/2006 to 2014** |
| 25.3.  **Hammond Lubricant Works, LLC**  nka Indiana LV HLW, LLC  PO Box 102578  Denver, CO 80250 | **Lubrication products** | EIN:   **26-3002923**  From-To   **8/16/08 to 2014** |
| 25.4.  **Omega Refining, LLC**  Louisiana LV OR, LLC  PO Box 102578  Denver, CO 80250 | **Refines used motor oil** | EIN:   **26-2216147**  From-To   **3/19/08 to present** |
| 25.5.  **FCC Lubricants, LLC**  PO Box 102578  Denver, CO 80250 | **None** | EIN:   **32-0355912**  From-To   **8/14/12 to unknown** |
| 25.6.  **Point Pleasant Lubricant Works, LLC**  PO Box 102578  Denver, CO 80250 | **None** | EIN:   **61-1681868**  From-To   **5/2/12 to present** |
| 25.7.  **Golden State Lubricant Works, LLC**  PO Box 102578  Denver, CO 80250 | **Lubrication Products** | EIN:   **27-4936356**  From-To   **4/1/11 to May 2014** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **Hein & Associates, LLP**  1999 Broadway, Suite 4000  Denver, CO 80202 | **Various** |

Debtor   **Omega Holdings Company, LLC**                          Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26b.2.   **Eric Ek**<br>**CDG Group**<br>**650 5th Avenue, 20th Floor**<br>**New York, NY 10019** | **2014** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Lindsey & Associates, LLC**<br>**181 East 56th Avenue, Suite 500**<br>**Denver, CO 80216** | |
| 26c.2.   **Richard Silverberg**<br>**PO Box 102578**<br>**Denver, CO 80250** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **BBB Funding**<br>**c/o Stratagem-Anderson**<br>**14143 Denver West Parkway, #450**<br>**Golden, CO 80401** |
| 26d.2.   **Christopher Findlater**<br>**c/o Stratagem-Anderson**<br>**14143 Denver West Parkway, #450**<br>**Golden, CO 80401** |
| 26d.3.   **Guggenheim Funding LLC**<br>**100 Wilshire Blvd**<br>**Santa Monica, CA 90401** |
| 26d.4.   **JPMorgan Chase**<br>**270 Park Ave.**<br>**New York, NY 10017** |
| 26d.5.   **Pacific Western Equipment Finance**<br>**6975 Union Park Center, Suite 200**<br>**Cottonwood Heights, UT 84047** |
| 26d.6.   **Ted Spyropoulos (dec'd)**<br>**c/o TGS**<br>**2155 West 80th Street**<br>**Chicago, IL 60620** |
| 26d.7.   **Michael Sommer**<br>**4808 Studbury Hall Ct.**<br>**Wake Forest, NC 27587** |
| 26d.8.   **Tetra Financial Group**<br>**3165 East Milrock Drive, Suite 400**<br>**Salt Lake City, UT 84121** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Omega Holdings Company, LLC** | Case number *(if known)* |
|---|---|---|

| **Name and address** |
|---|
| 26d.9. | **Vertex Energy, Inc.**<br>**1331 Gemini Street, Suite 100**<br>**Houston, TX 77058** |
| 26d.10. | **Wells Fargo Bank, N.A.**<br>**PO Box 63020**<br>**San Francisco, CA 94163** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **C2I Investors, LLC** | **PO Box 102578**<br>**Denver, CO 80250** | | **27.6034%** |
| **Amy Lopez Trust** | **2 Debiasi Street**<br>**Daytona Beach, FL 32118** | | **12.4522%** |
| **James Gregory** | **44 Cook St., Suite 100**<br>**Denver, CO 80206** | **Manager, General Counsel and Vice-President** | **3.5909%** |
| **CAM Investors, LLC** | **PO Box 102578**<br>**Denver, CO 80250** | | **18.881%** |
| **Francis Lappin** | **13354 Strawberry Lane**<br>**Berwyn, IL 60402** | | **4.7492%** |
| **Stephanie McCorkle Trust** | **2 Debiasi Lane**<br>**Daytona Beach, FL 32118** | | **12.4522%** |
| **Christopher Findlater** | **c/o Stratagem-Anderson**<br>**14143 Denver West Parkway, #450**<br>**Golden, CO 80401** | | **15.6377%** |
| **International Petroleum, Inc.** | **C/O Kolnicki, Peterson & Wirth**<br>**1400 Opu**<br>**Downers Grove, IL 60515** | | **4.6334%** |

Debtor   **Omega Holdings Company, LLC**                             Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Richard Silverberg | PO Box 102578 Denver, CO 80250 | Manager, CEO and President | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ■ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ☐ No
   ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **See attached Exhibit 3** | | | |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

| Debtor | **Omega Holdings Company, LLC** | Case number *(if known)* |
|--------|--------------------------------|--------------------------|

---

**Part 14:**    Signature and Declaration

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March  4, 2016**

**/s/ Richard A. Silverberg**                                    **Richard A. Silverberg**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Exhibit 1 to SOFA 4**

**Omega Holdings Company Cash Disbursements to Insiders March 1, 2015 to March 2, 2016**

| Vendor | Check # | GLACCT | VNUM | AMOUNT | CHKDATE |
|---|---|---|---|---|---|
| GREG&GREG (Gregory & Gregory, LLC) | 3789 | 1141-000- | GREG&GREG | $ 17,941.35 | 13-Mar-15 |
| GREG&GREG (Gregory & Gregory, LLC) | 3806 | 1141-000- | GREG&GREG | $ 14,946.14 | 07-Apr-15 |
| GREG&GREG (Gregory & Gregory, LLC) | 3825 | 1141-000- | GREG&GREG | $ 0.20 | 08-May-15 |
| GREG&GREG (Gregory & Gregory, LLC) | 3825 | 1141-000- | GREG&GREG | $ 19,476.31 | 08-May-15 |
| GREG&GREG (Gregory & Gregory, LLC) | 3840 | 1141-000- | GREG&GREG | $ (1,000.00) | 09-Jun-15 |
| GREG&GREG (Gregory & Gregory, LLC) | 3840 | 1141-000- | GREG&GREG | $ 12,958.78 | 09-Jun-15 |
| GREG&GREG (Gregory & Gregory, LLC) | 3858 | 1141-000- | GREG&GREG | $ 7,008.75 | 16-Jul-15 |
| GREG&GREG (Gregory & Gregory, LLC) | 3870 | 1141-000- | GREG&GREG | $ 8,018.30 | 12-Aug-15 |
| GREG&GREG (Gregory & Gregory, LLC) | 3874 | 1141-000- | GREG&GREG | $ 8,018.30 | 12-Aug-15 |
| GREG&GREG (Gregory & Gregory, LLC) | 3890 | 1141-000- | GREG&GREG | $ 4,132.50 | 14-Sep-15 |
| GREG&GREG (Gregory & Gregory, LLC) | 3894 | 1141-000- | GREG&GREG | $ 4,132.50 | 14-Sep-15 |
| GREG&GREG (Gregory & Gregory, LLC) | 3890 | 1141-000- | GREG&GREG | $ (4,132.50) | 14-Sep-15 |
| GREG&GREG (Gregory & Gregory, LLC) | 3903 | 1141-000- | GREG&GREG | $ 4,132.50 | 15-Oct-15 |
| Gregory & Gregory, LLC | 1002 | | | $ 2,305.50 | 20-Nov-15 |
| Gregory & Gregory, LLC | 1011 | | | $ 6,807.50 | 11-Dec-15 |
| Gregory & Gregory, LLC | 1024 | | | $ 3,127.50 | 18-Jan-16 |
| Gregory & Gregory, LLC | 1032 | | | $ 4,102.28 | 11-Feb-16 |
| | | | | $ 111,975.91 | |
| | | | | | |
| RSILVE (Ric Silverberg) | 3777 | 1141-000- | RSILVE | $ 12,500.00 | 02-Mar-15 |
| RSILVE (Ric Silverberg) | 3807 | 1141-000- | RSILVE | $ 10,000.00 | 07-Apr-15 |
| RSILVE (Ric Silverberg) | 3808 | 1141-000- | RSILVE | $ 10,000.00 | 09-Apr-15 |
| RSILVE (Ric Silverberg) | 3822 | 1141-000- | RSILVE | $ 9,000.00 | 07-May-15 |
| RSILVE (Ric Silverberg) | 3843 | 1141-000- | RSILVE | $ 9,000.00 | 15-Jun-15 |
| RSILVE (Ric Silverberg) | 3855 | 1141-000- | RSILVE | $ 9,000.00 | 06-Jul-15 |
| RSILVE (Ric Silverberg) | 3868 | 1141-000- | RSILVE | $ 9,000.00 | 03-Aug-15 |
| RSILVE (Ric Silverberg) | 3898 | 1141-000- | RSILVE | $ 5,000.00 | 23-Sep-15 |
| RSILVE (Ric Silverberg) | 3905 | 1141-000- | RSILVE | $ 4,000.00 | 15-Oct-15 |
| Ric Silverberg | 1001 | | | $ 3,500.00 | 20-Nov-15 |
| Ric Silverberg | 1012 | | | $ 2,000.00 | 11-Dec-15 |
| | | | | $ 83,000.00 | |

**Exhibit 1 to SOFA 3**

**Omega Holdings Company Cash Disbursements December 1, 2015 to March 2, 2016**

| Payee | Chk # | AMOUNT | CHKDATE |
|---|---|---|---|
| A Storage Place | 1007 | $ 129.00 | 12/1/2015 |
| Century Link | 1008 | $ 114.78 | 12/1/2015 |
| Lindsey & Associates | 1009 | $ 500.00 | 12/1/2015 |
| Colorado Business Bank | | $ 5.47 | 12/2/2015 |
| Lindsey & Associates | 1010 | $ 875.00 | 12/8/2015 |
| Gregory & Gregory | 1011 | $ 6,807.50 | 12/11/2015 |
| Ric Silverberg | 1012 | $ 2,000.00 | 12/11/2015 |
| Safegaurd | 1013 | $ 67.53 | 12/11/2015 |
| Lindsey & Associates | 1014 | $ 500.00 | 12/14/2015 |
| I-70 Self Storage | 1015 | $ 405.50 | 12/14/2015 |
| EGN | 1016 | $ 180.73 | 12/15/2015 |
| Virginia Miller | 1017 | $ 1,335.00 | 12/21/2015 |
| Lindsey & Associates | 1018 | $ 750.00 | 12/21/2015 |
| US Treasury | 1019 | $ 294.50 | 12/21/2015 |
| Lindsey & Associates | 1020 | $ 944.00 | 1/4/2016 |
| Colorado Business Bank | | $ 4.44 | 1/4/2016 |
| Lindsey & Associates | 1021 | $ 1,000.00 | 1/5/2016 |
| A Storage Place | 1022 | $ 129.00 | 1/13/2016 |
| Shred-It | 1023 | $ 261.36 | 1/13/2016 |
| Gregory & Gregory | 1024 | $ 3,127.50 | 1/18/2016 |
| Lindsey & Associates | 1025 | $ 657.00 | 1/18/2016 |
| 1-70 Self Storage | 1026 | $ 450.00 | 1/29/2016 |
| A Storage Place | 1027 | $ 144.00 | 1/29/2016 |
| EGN | 1028 | $ 403.78 | 1/29/2016 |
| Lindsey & Associates | 1029 | $ 750.00 | 1/29/2016 |
| Lindsey & Associates | 1030 | $ 691.00 | 2/3/2016 |
| Colorado Business Bank | | $ 3.44 | 2/3/2016 |
| Senders Wasserman Wadsworth P.C. | 1031 | $ 15,000.00 | 2/11/2016 |
| Gregory & Gregory | 1032 | $ 4,102.28 | 2/11/2016 |
| Wells Fargo | | $ 493.70 | 2/11/2016 |
| Lindsey & Associates | 1034 | $ 813.00 | 2/22/2016 |
| Alex Kersting | 1033 | $ 5,212.50 | 2/22/2016 |
| 1-70 Self Storage | 1035 | $ 675.00 | 2/24/2016 |
| Colorado Business Bank | | $ 2.33 | 3/2/2016 |
| 1-70 Self Storage | 1036 | $ 450.00 | 3/2/2016 |
| | | $ 49,279.34 | |

# United States Bankruptcy Court
## District of Colorado

In re   **Omega Holdings Company, LLC** _____

                                                          Debtor(s)

Case No. _____

Chapter   **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **March 4, 2016** _____

**/s/ Richard A. Silverberg** _____

**Richard A. Silverberg**/**President**
Signer/Title

# United States Bankruptcy Court
## District of Colorado

In re   **Omega Holdings Company, LLC**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Omega Holdings Company, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

March  4, 2016

Date

/s/ Aaron J. Conrardy

**Aaron J. Conrardy**

Signature of Attorney or Litigant

Counsel for   **Omega Holdings Company, LLC**

**Sender Wasserman Wadsworth, P.C.**

**1660 Lincoln Street**
**Suite 2200**
**Denver, CO 80264-2202**
**303-296-1999 Fax:303-296-7600**